**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1435**

———————

DONALD J. STRABLE,

                                   Plaintiff - Appellant,

     versus

STATE OF SOUTH CAROLINA,

                                   Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville. G. Ross Anderson Jr., District Judge. (CA-96-2498-6-13AK)

———————

Submitted:  July 10, 1997         Decided:  July 22, 1997

———————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Donald J. Strable, Appellant Pro Se.  W. Howard Boyd, Jr., Ronald Keith Wray II, GIBBES, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Strable v. South Carolina, No. CA-96-2498-6-13AK (D.S.C. Feb. 27, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2